UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:18-cr-178-TAV-HBG-1 |
| TYWAN MONTREASE SYKES, | ) |
| Defendant. | ) |

## **ORDER**

This criminal matter is before the Court on defendant's pro se motion to proceed *in forma pauperis* [Doc. 134] to pursue a motion under 28 U.S.C. § 2255.

An application to proceed *in forma pauperis* is unnecessary since there is no filing fee in a § 2255 proceeding. *See* E.D. Tenn. L.R. 9.3(b). *See also Gillespie v. United States*, Nos. 1:14-CV-63, 1:12-CR-24, 2014 WL 2808920, at *1 (E.D. Tenn. June 20, 2014) ("[A]n application to proceed *in forma pauperis* is unnecessary since there is no filing fee in a § 2255 proceeding." (citing E.D. Tenn. L.R. 9.3(b)).

Accordingly, defendant's motion [Doc. 134] is **DENIED** as unnecessary.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE